

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2014

No. 04-14-00322-CV

**VACZILLA TRUCKING, LLC,**
Appellant

v.

**CINTAS CORPORATION,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-03-00059-CVK
Honorable Ron Carr, Judge Presiding

# O R D E R

Amy Guillen's notification of late reporter's record stating that she was not the court reporter assigned to this case is NOTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court